

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-22-00009-CV
_____

IN THE ESTATE OF PEGGY ELAINE JAYNES, DECEASED

On Appeal from the County Court at Law
Bowie County, Texas
Trial Court No. 42899CCL; 20C1504-CCL

Before Morriss, C.J., Stevens and Carter,* JJ.
Memorandum Opinion by Chief Justice Morriss

_____

*Jack Carter, Justice, Retired, Sitting by Assignment

## MEMORANDUM OPINION

The appellant has filed a motion with this Court seeking to voluntarily dismiss this appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted. *See* TEX. R. APP. P. 42.1(a)(1). Accordingly, we dismiss this appeal.

Josh R. Morriss, III
Chief Justice

Date Submitted: March 21, 2022
Date Decided: March 22, 2022

2